# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY STANDRIDGE, et al.,

    Plaintiffs,

v.

ALFA LAVAL, INC., et al.,

    Defendants.

Case No. 17-cv-03183-MMC

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: June 7, 2017

                                            MAXINE M. CHESNEY
                                            United States District Judge